The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

KIMBERLEY E. SCHMIDT,

            Plaintiff,

  v.

STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM INSURANCE CO. and JOHN DOE INSURANCE CO.,

            Defendants.

Cause No. 2:22-cv-00979-TL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**

## I.    STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS – 1
USDC WD WA/SEA CAUSE NO. 2:22-cv-00979

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

1 | Respectfully submitted this 10th day of August, 2023.

2 | HUPPERT LAW FIRM, PLLC

By: *s/Shaun I. Huppert (approved via email 8/9/23)*
Shaun I. Huppert, WSBA # 35018
Email: shaun@huppertlawfirm.com
612 Harrison St Ste 202
Sumner, WA 98390-1113
Tel: (206) 778-7630
Attorney for Plaintiff

SOHA & LANG, P.S.

*s/Nathaniel J.R. Smith*
Nathaniel J.R. Smith, WSBA # 28302
Email address smith@sohalang.com
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
Telephone: 206-624-1800
Facsimile: 206-624-3585
Attorneys for Defendant State Farm Fire & Casualty Company

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS – 2
USDC WD WA/SEA CAUSE NO. 2:22-cv-00979

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

## II. ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

DATED this 11th day of August 2023.

_____
Tana Lin
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS – 3
USDC WD WA/SEA CAUSE NO. 2:22-cv-00979

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585